JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

```
Antik Denim, LLC, et al.,     )      SACV 07-1172-JVS(MLGx)
                              )
        Plaintiff,             )      ORDER OF DISMISSAL FOR
                              )
     v.                        )      LACK OF PROSECUTION
                              )
Delia Bulagea, et al.,         )
                              )
        Defendants.            )
                              )
_____)
```

    The Court, having issued an Order for counsel to file an amended proof of service not later than January 19, 2009 and setting a Scheduling Conference for February 23, 2009 at 10:00 a.m., and know such document having been filed and no appearance having been made on February 23, 2009 , IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: February 25, 2009

                                                _____
                                                James V. Selna
                                                United States District Judge